# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

**Courtroom 310**  Date: 06/06/2025  Time: 10:30AM

---

**Defendant:** MAKAIL KNIGHT-LEWIS   **J#:** 85268-511   **Case #:** 25-60128-CR-DIMITROULEAS

**AUSA:** J. COOLEY AND COREY O'NEAL   **Attorney:** GENNARO CARIGLIO, JR

**Violation:** 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND PWID A CONTROLLED SUBSTANCE

**Proceeding:** CONTINUATION OF PTD HEARING & ARR   **CJA Appt:**

**Bond/PTD Held:** ☐ ☒ No   **Recommended Bond:**

**Bond Set at:** DEFENDANT DETAINED   **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Language:** ENGLISH

**Disposition:** DEFENDANT PRESENT IN COURT WITH COUNSEL. GOV'T PROCEED BY PROFFER (SUPPLEMENTAL) SW, JENCKS MATERIAL, SOME DISCOVERY. SWORN/TEST. CHELSEY HIBSCH FBI. CROSS-EXAMINED BY ALL THREE ATTORNEYS CARIGLIO, FRIEDMAN, DONET. GOVT EXHIBITS 1-3 ADMITTED (PHOTOS IN LAPTOP) BRIEF RE-DIRECT. ORAL ARGUMENT. COURT GRANTS GOVT ORE TENUS MOTION FOR DETENTION. DEFENDANT DETAINED. ORDER TO FOLLOW. READING OF INDICTMENT WAIVED. NOT GUILTY PLEA, SDO REQUESTED. DEFT ORE TENUS FOR SDO IS GRANTED

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**

**PTD/Bond Hearing:**

**Prelim/Arraign or Removal:**

**Status Conference RE:**

**D.A.R.** 10:42:10-13:11:26   **Time in Court:** 2 HOURS AND 30 MINS

Page: Type #