UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60128-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAKAIL MALIK KNIGHT-LEWIS,

    Defendant.

_____

**UNOPPOSED MOTION TO RESET THE TIME OF THE CALENDAR CALL**

The Defendant, MAKAIL MALIK KNIGHT-LEWIS, through undersigned counsel, and without the opposition of counsel for the government or the co-defandants, respectfully requests that this Honorable Court reset the time of the calendar call currently scheduled for Wednesday 9, 2025, at 9:30 a.m. to 9:00 a.m. In support, the Defendant states as follows:

1. The calendar call in this matter is set for Wednesday 9, 2025, at 9:30 a.m.

2. Unfortunately, undersigned has a scheduling conflict as he is set to appear telephonically for a calendar call before Judge Darrien Gayles in *United States v. Clementa Johnson*, Case No. 24-CR-20110-GAYLES at 9:30 a.m.

3. Given the foregoing, undersigned is respectfully requesting that this Court reset the time of the calendar call in this matter to 9:00 a.m.

4. Pursuant to Local Rule 88.9, David A. Donet Jr., attorney for Co-Defendant Dennard Oshea Dobard; Jonathan Freidman, attorney for Co-Defendant De'Andre Maurice Grier; Dianne Carames, attorney for Co-Defendant Chad Anthony

Clark; Humberto Dominguez, attorney for Co-Defendant Mark Byron Handspike Jr.; Allari Dominguez, attorney for Co-Defendant Deggory Ryan Clark; and Assistant United States Attorney Joseph Cooley do not oppose the instant request and advised they are available at 9:00 a.m.

**WHEREFORE**, the Defendant, MAKAIL MALIK KNIGHT-LEWIS, through undersigned counsel, and without the opposition of counsel for the government or the co-defendants, respectfully requests that this Honorable Court reset the time of the calendar call in this matter to 9:00 a.m.

Respectfully submitted,

/s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2025, a true and correct copy of the foregoing was furnished CM/ECF to counsel of record.

By: /s/Gennaro Cariglio Jr.
Gennaro Cariglio Jr., Esq.
Attorney for Defendant