IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                       Case No.: 25-Cr-60128-WPD

MAIKAIL MALIK KNIGHT-LEWIS,
    Defendant.
                                            /

### ***ORDER***

THIS CAUSE having come to be heard on the Defendant's Unopposed Motion for a Pre-Plea Pre-Sentence Investigation Report, it is

CONSIDERED, ORDERED AND ADJUDGED that the Motion be and the same is hereby GRANTED. United States Probation is to draft a Pre-Plea Pre-Sentence Investigation Report on whether Mr. Knight-Lewis qualifies for the "Safety Valve" pursuant to U.S.S.G. §5C1.2.

DONE AND ORDERED at Ft. Lauderdale, Florida, this the ____ day of _____, 2025.

                                                                                       _____
                                                                                      U.S. District Judge

cc:    Counsel of Record
        U.S. Probation