UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 25-60128-CR-DIMITROULEAS

  Plaintiff,

vs.

MAIKAIL MALIK KNIGHT-LEWIS,

  Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on Defendant Maikail Malik Knight-Lewis's Unopposed Motion for a Pre-Plea Presentence Investigation Report [DE-119], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJDUGED that the Court denies the Motion. The Court does not give advisory opinions and will not order probation to conduct investigations that might not become necessary.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record