IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                      Case No.:  25-Cr-60128-WPD

MAIKAIL MALIK KNIGHT-LEWIS,
    Defendant.
_____/

## *DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT*

    COMES NOW, MAIKAIL MALIK KNIGHT-LEWIS, by and through undersigned counsel, and files the following objections to the Presentence Investigation Report ("PSR") in this case:

1.    Mr. Knight-Lewis objects to paragraph 43 of the PSR as he provided a safety-valve statement to the United States.

2.    Mr. Knight-Lewis objects to paragraph 44 of the PSR in that he is only responsible for 95.7 grams of crack cocaine.  Mr. Knight-Lewis objects to being held accountable for 119 grams of suspected marijuana and 19.89 grams of powder cocaine that was found in the "10th Street trap house".  This is not relevant conduct attributable to Mr. Knight-Lewis pursuant to 1B1.3 as it is not jointly undertaken criminal activity.

3.    Mr. Knight-Lewis objects to paragraphs 8-21 of the PSR in their entirety pursuant to 1B1.3.

4.     Mr. Knight-Lewis objects to paragraph 23 of the PSR insofar as it mentions anything more than 95.7 grams of crack cocaine. Mr. Knight-Lewis would further object to the inclusion of a firearm in that paragraph pursuant to 1B1.3.

5.     Mr. Knight-Lewis objects to paragraph 27 of the PSR insofar as it holds him accountable for anything more than 95.7 grams of crack cocaine.

6.     Mr. Knight Lewis objects to paragraph 60 of the PSR as it is an uncounseled plea and because it is relevant conduct to this offense.

7.     Mr. Knight Lewis objects to paragraph 101 of the PSR in that his guidelines should be 37-46 months based on a total offense level of 19 and a criminal history category of III.

WHEREFORE Mr. Knight-Lewis requests that his objections be sustained.

Respectfully submitted,

s/ Gennaro Cariglio Jr.
Gennaro Cariglio Jr.
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
(305) 899-0438
Florida Bar No.: 51985
Attorney for the Defendant
Sobeachlaw@aol.com