| | |
|---|---|
| Subject: | **Character letter for Makail knight-Lewis** |
| Date: | 3/10/2026 9:56:56 AM Eastern Daylight Time |
| From: | tahiraknight@gmail.com |
| To: | Sobeachlaw@aol.com |

Good Morning Judge Dimitrouleas I am the mother of Makail Knight-Lewis. Makail was born and raised in Hallandale in a single parent household. Makail has always did well in school and got along well with his peers. Makail's teachers would always praise him for being so helpful in the classroom and with the other students. Makail has always been a leader and excelled in sports. He has taken his teams to win the championship several times. He was a great teammate, he would always make sure his teammates got home safely after practices and games being that they would always end late, he's always shown compassion for others his heart is always in a good place. Makail always helped with chores around the house with whatever I needed he appreciates the sacrifice and struggles of a single mother and knows it wasn't easy. Makail is a great little and big brother to his two siblings and has always been a good kid with a huge heart. His absence has definitely been felt in our household. Makail has made his mistakes and is a work in progress. I truly believe throughout these experiences and troubles he has had and is currently going through has made an impact on the way he now sees his future self. Makail has so much potential to be a great leader and man and with the support of his family I know he can. Your honor Makail has done wrong and he is trying to make those wrongs right by accepting responsibility and understanding what he did by accepting this plea offer. I'm humbly asking for you to find leniency for Makail's sentencing.

Thank You Your Honor for taking time out to read my correspondence.

I can be contacted if for any reason.

Tahira [Knight@gmail.com](mailto:Knight@gmail.com)