3/11/26, 4:01 PM
Case 0:25-cr-60128-WPD   Document 189-2   Entered on FLSD Docket 03/11/2026   Page 1 of 1
Character letter for makail knight- Lewis

| | |
|---|---|
| Subject: | **Character letter for makail knight- Lewis** |
| Date: | 3/10/2026 10:24:52 AM Eastern Daylight Time |
| From: | tahiraknight@gmail.com |
| To: | Sobeachlaw@aol.com |

◦ Dear Judge Dimitrouleas, my name is Rasheed Knight, Makail Knight's older brother. I am writing this letter to give you some insight on the character of my little brother, someone i've know their whole life and has had a pleasure in watching him grow. My brother has always been someone who brings light and positivity to the people around him, he is incredibly smart and if i say so myself i think him and I can run a comedy club with how funny we are. Makail has always had a very loving spirit that I miss greatly without having him around. Growing up he has always been the type of person who cares deeply about his passion of sports, his family and his friends. Though I fully understand that he has made mistakes, that we aren't proud of, I know in my heart that he truly feels remorse for his actions and for what our family has to go through. Being apart from us has been very difficult for both him and us. I hear it everytime he calls, and sees it on a video call and it really does hurt me to see that he put himself in this situation. As his older brother i've always felt it in me to guide him the right way. I believe this experience has truly impacted him and opened his eyes. He's still young and has so much more life and potential in him. He loves his family very much and we love him even more. I also understand we all have to face the consequences of our actions and take responsibility. Our family continues to support him because we know the good, loving and smart Makail. Your honor, I respectfully and humbly ask that you consider his character, his remorse, and the support system he has with his family and friends for leniency during sentencing. I truly believe he has the ability to learn from this situation and move forward to build a better future and be the upstanding man I know he will and can be.

Thank you so much for taking the time to read my letter and consider my words.

Sincerely, Rasheed Knight