Dear Judge Dimitrouleas ,

My name is Roi Windom, I'm writing this letter for my brother Makail whom is incarcerated. Makail is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. He has grown into a true gentleman and his helpful nature, and kind gestures in our society and his is a true testimony of that. Makail was a A/B honor roll student who played sports. His commitment to family values and dedication to helping others has been evident in every aspect of his life. My brother has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him a fair opportunity to get a second chance. I recognize that Makail broke the law, and I do not believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this young man and make a fair decision.