| | |
|---|---|
| Subject: | **Makail knight-Lewis character letter** |
| Date: | 3/11/2026 4:19:40 PM Eastern Daylight Time |
| From: | tahiraknight@gmail.com |
| To: | Sobeachlaw@aol.com |

Good day Judge Dimitrouleas, my name is Farah El. I am pleased to write this letter in support of my step son Makail Knight. I have known Makail for eight years and have always been impressed by his willingness to work towards goals and get better at anything that he pursues. I have personally witnessed Makail's passion for helping family and friends and being someone that people around him can count on. He has shown on numerous occasions he has compassion and generosity and ability to show empathy. Makail has a large support system that looks forward to his return to the community so he can continue on his path of becoming the man that we all know he is capable of being. He has a bright future ahead of him and I personally anticipate seeing his growth and development lead him into great success moving forward.

 Please feel free to contact me for additional information

 Sincerely Farah El
 Elfaah48@yahoo.com