| Subject: | **Letter for Makail knight-Lewis** |
| --- | --- |
| Date: | 3/10/2026 10:29:07 AM Eastern Daylight Time |
| From: | tahiraknight@gmail.com |
| To: | Sobeachlaw@aol.com |

Dear Judge, My name is Erika Dacey and I am writing to respectfully provide a character reference for my godson Makail. I have known Makail since he took his 1st breath of life. Makail was always a loving and affectionate child. He grew up in a strong family full of love and support. Makail learnt at a very young age the importance of family. His father was not around but his grandfather and uncle helped him grow into a young man of great integrity. They unfortunately both passed in the same year and Makail took their loss very hard. He was extremely close to both his grandfather and uncle. His mother had to raise him along with his older brother and cousin as a single parent. It is so tough for a woman to try to raise young men, especially through such a huge loss of the immediate men of the family. Makail matured quickly after the loss of the two closest men in his life. He stepped up and helped his mother around the house and became a huge support system for her. He is always there when any one of us need him and he carries a sense of urgency when it comes to his family. Most children are more interested in being around friends but Makail always has put his family first. Since he has been away the void we feel is indescribable. His 5 year old little brotherJacob maybe the one affected the most as he doesn't understand where Makail is and why he can't see him. They share a brotherly bond so strong that it is breaking Makail's heart not to be able to see his little brother graduate preschool and soon to be starting kindergarten. This situation has deeply humbled Makail and I have personally seen him express genuine remorse and reflection about the decisions that led here. I believe this experience has been a powerful wake-up call and Makail is committed to making better choices moving forward. While I understand the seriousness of the situation before the Court, I wanted to share the person I know beyond this incident. Makail is a loving and caring young man who is devoted to his family. He has the character and support system necessary to make better choices and I know this mistake does not define the person Makail strives to be. I respectfully ask the Court to consider Makail's character, support system, and potential for rehabilitation when determining an appropriate sentence.

Thank you for taking the time to read my letter and consider my perspective. Respectfully,

Erika Dacey
6194 Pine Tree Lane
Tamarac, FL.33319
954-243-3396
Positive vibesnow@aol.com